UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODGER WILL GRANGER, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2276** |
| **TANGIPAHOA PARISH JAIL - MEDICAL STAFF, ET AL.** | **SECTION: "N"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 18, 2013 (Rec. Doc. No. 32), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment, Rec. Doc. 16, is **GRANTED** and that all of plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 15th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE